FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAuL Jerome Evins # 125869

Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

CIVIL ACTION

NO.   17-4722

versus

SECTION   SECT. F MAG. 2

Jackson Parish Correctional
center Medical Department
Nurse Griffitt and The
nurse for Phase 1 Nurse Dont
Know her name L. freemon
Major Leblanc

Print the full name of all defendants in this
action.
DO NOT WRITE et al.

COMPLAINT

I.   Previous Lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved
in this action or otherwise relating to your imprisonment?
Yes (  )  No ( ✓ )

TENDERED FOR FILING

MAY 0 3 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B.      If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.      Parties to the previous lawsuit

Plaintiffs      _____

_____

Defendants      _____

_____

2.      Court (If federal court, name of the district court; if state court, name the parish.)

_____

3.      Docket Number _____

4.      Name of judge to whom case was assigned _____

_____

5.      Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

_____

6.      Approximate date of filing lawsuit _____

7.      Approximate date of disposition _____

C.      Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )  No (✓)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____
_____
_____

II.      PLACE OF PRESENT CONFINEMENT: _Jackson Parish Correctional Center._

A.      Is there a prisoner grievance procedure in this institution?
Yes (✓)  No ( )

B.      Did you present the facts relating to this complaint in the prisoner grievance procedure? (Yes)
(✓) No ( )

C.      If your answer is "yes",

1.      Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _April 20 th 2017_

2

_it was urgent because its a health issue_

2.  As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _No_

D.  If your answer is NO, explain why you have not done so: _Because its dealing with my blood pressure and I haven't received my medication since March 29, 2017. Its a very sensitive issue. And I don't think my ARP reached the officer_

III. Parties

(In item A below, complete the following information.  Do the same for additional plaintiffs, if any.)

A.  Full Name of Plaintiff
(First - Middle - Last) _PAUL  Jerome  Evins_

Prisoner Number _125869_

Address _283 Industrial Drive  Jonesboro, La 71251_

Date of Birth _October 25, 1966_

Date of Arrest _June 5, 2014_

Date of Conviction _Jan 4, 2017_

Shicresia Mosley          Phone # 832-837-2401
5206 Wilmington st                713-245-6393
Houston TX 77033          flancee

Nurse whitney
Building 4 nurse
158 Treatment plant Rd
Tallauh La 71282

3

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B.   Defendant _Nurse Griffitt_ is employed as _Nurse_

_Phase 2_ at _Jackson Parish Correctional Center_

Address for service: _287 industrial DR Jonesboro, La 71251_

C.   Defendant _Nurse L. Freemon_ is employed as _Nurse_
_Phase 1_ at _287 industrial DR Jonesboro, La 71251_
Address for service: _____

D.   Defendant _Major LeBlanc_ is employed as _Major_

_Phase 1 + 2_ at _Jackson Parish Correctional Center_
Address for service: _287 Industrial DR Jonesboro, La 71251_

E.   Defendant _____ is employed as _____
_____ at _____
Address for service: _____

F.   Defendant _____ is employed as _____
_____ at _____
Address for service: _____

G.   Defendant _____ is employed as _____
_____ at _____
Address for service: _____

IV.   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

On Mar 29th 2017 I arrived here at Jackson Parish Correctional Center I never seen the nurse Griffitt until April 4, 2017. She check my blood pressure and it was 199/266 it was high. Major Leblan was present along with two other deputies dont know there names. The Nurse gave me a pill and said that she would cheack it and never did. I was moved to Phase 1 on April 13th 2017 and asking the Nurse Freemon for my medication she kept telling me I didnt have any asking every day. On April 21, 2017 I put in a sick call Request on April 24, 2017 I was called but to see nurse Freemon she checked my blood pressure and it was 122/118 So she called nurse Griffitt on the phone and she told her that, She (Nurse Griffitt) would bring the medication over and I still hasn't received it yet. My Fiance from Houston TX Shieresia Mosley Phone # 832-832-2461 called madison and talked to the nurse there nurse whitney and she said she mailed and faxed my information for my medication. The following week. when I was transferred from Madison Parish.

4

this is why I'm filing to the courts because my blood pressure is still high and I don't know if my ARP ever reached the ARP office.

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like to be transferred from all north detention centers under Lasalle management TO Deguincy La are Rapides parish because I fear for my life here and have no retaliation done to me from any guards are worden major, captain, Lt. I don't feel safe here because nurse Griffitt mom works for the Sheriff Andy Brown also nurse Griffit husband works for the Sheriff. I never had a problem down South with my medication. Please handle this matter As soon As possible. Respectfully. My fiance have been calling and they always says the nurse is not in. and That both nurses be replaced with caring nurses.

VI.  Plaintiff's Declaration

1)   I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)   I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)   I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)   I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this  29th  day of  April                                   , 20 17 .

(Signature of Plaintiff)

04/2006

5

Paul J Evins 125865
Jackson Parish Corr Center
Phase 1  Dorm-A Bed 27
Jonesbora La 71251

Jackson Parish
Correctional Ctr.
Inmate Mail
NOT CENSORED

SHREVEPORT LA 710

01 MAY 2017 PM 3 L

FOREVER
USA

United States District Court
Eastern District of Louisiana
500 Poydras St
New Orleans, La 70130

70130-337364