UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL JEROME EVANS | CIVIL ACTION |
| VERSUS | NO. 17-4722 |
| JACKSON PARISH CORRECTIONAL CENTER MEDICAL DEPARTMENT NURSE GRIFFIN ET AL. | SECTION "F" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Paul Jerome Evins's 42 U.S.C. § 1983 complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this __27th__ day of _____July_____, 2017.

_____
UNITED STATES DISTRICT JUDGE